IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00123-MSK-CBS

EFRAIN MARTINEZ-GARCIA,

      Petitioner,

v.

DICK SMELSER, and,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

### ORDER GRANTING MOTION TO WITHDRAW APPLICATION FOR WRIT OF HABEAS CORPUS (#21), AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

---

THIS MATTER comes before the Court on the Petitioner's Motion to Withdraw Application for Writ of Habeas Corpus and Dismiss Civil Action **(#21)**. The Petitioner asks the Court to dismiss his application for a writ of habeas corpus and to enter judgment in favor of the Respondents.

**IT IS THEREFORE ORDERED** that:

(1)    The Petitioner's Motion to Withdraw Application for Writ of Habeas Corpus and Dismiss Civil Action **(#21)** is **GRANTED**.

(2)    The Application for Writ of Habeas Corpus **(#3)** is deemed **WITHDRAWN**, and

the Clerk of Court is directed to close this case.

Dated this 7th day of October, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge